Mark J. Werksman, Esq. - CSB No. 120767
LAW OFFICES OF MARK J. WERKSMAN
801 South Figueroa Street, 11th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 /Fax: (213) 624-1942

Attorneys for Defendant
Alexander Dzhuga



RECEIVED
SEP 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
SEP 12 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

ALEXANDER DZHUGA, et al.

　　　　Defendant.

CASE NO. CR-05-00589-JF (RS)

STIPULATION TO CONTINUE BAIL REVIEW HEARING; [PROPOSED] ORDER
RS

　　Defendant Alexander Dhuzga, by and through his counsel of record, The Law Offices Of Mark J. Werksman, and the United States of America, by and through its representative Assistant United States Attorney Richard C. Cheng, hereby agree and stipulate that Defendant Alexander Dzhuga's bail review hearing currently scheduled for September 12, 2006 shall be continued to October 4, 2006 at 2:00 p.m.

　　The basis for the requested continuance is a scheduling conflict with attorney Mark J. Werksman.

///

///

9

TOTAL P.06
09/09/2006 14:35  2136241942  MARK WERKSMAN  PAGE 06/06

1  Pretrial Services Officer Jamie Carranza has indicated that he has no
2  objection to this request.

3

4

5  Dated: September __, 2006       United States Attorney
                                   Kevin V. Ryan
6

7                                  By: _____
                                   Richard C. Cheng
8                                  Assistant United States Attorney

9

10

11

12 Dated: September 7, 2006        By: _____
                                   Mark Werksman
13                                 Attorney for Defendant
                                   Alexander Dzuhga
14

15

16  **IT IS SO ORDERED.**

17

18

19

20 Dated: September 12, 2006       _____
                                   Honorable Richard Seeborg
21                                 United States Magistrate

22