**Mark J. Werksman, Esq. - CSB No. 120767**
**LAW OFFICES OF MARK J. WERKSMAN**
801 South Figueroa Street, 11th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 /Fax: (213) 624-1942

\*\*E-filed 9/25/06\*\*

Attorneys for Defendant
Alexander Dzhuga

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER DZHUGA, et al.<br><br>Defendant. | CASE NO. CR-05-00589-JF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |

Defendants Alexander Dhuzga, Vladimir Semenov, Leonid Dzhuga, Natalia Stadnik, and Armond Tollett, II, by and through their respective counsels of record, and the United States of America, by and through its representative, Assistant United States Attorney Richard C. Cheng, hereby agree and stipulate that the status conference currently scheduled for September 27, 2006 shall be continued to October 4, 2006 at 9:00 a.m.

///

///

///

///

09/22/2006  13:24    4089771554                LAW OFFICE OF RICKEY                    PAGE 02/02

09/08/2006  15:04    2135241942                MARK WERKSMAN                           PAGE 03/04

1. The basis for the requested continuance is a scheduling conflict with
2. attorney Mark J. Werksman.

Dated: September ___, 2006          United States Attorney
                                    Kevin V. Ryan

                                    By: _____
                                        Richard C. Cheng
                                        Assistant United States Attorney

Dated: September 8, 2006            By: _____
                                        Mark Werksman
                                        Attorney for Defendant
                                        Alexander Dzuhga

Dated: September 22, 2006           By: _____
                                        Geoffrey A. Braun
                                        Attorney for Defendant
                                        Vladimir Semenov

Dated: September 11, 2006           By: _____
                                        Dmitry Gurovich
                                        Attorney for Defendant
                                        Leonid Dzuhga

Dated: September 11, 2006           By: _____
                                        Elon Berk
                                        Attorney for Defendant
                                        Natalia Stadnik

Dated: September 17, 2006           By: _____
                                        Kurt Robinson
                                        Attorney for Defendant
                                        Armond Tollett, II

Mark Werksman
801 S. Figueroa St.
11th Floor
L.A., CA  90017

The basis for the requested continuance is a scheduling conflict with attorney Mark J. Werksman.

Dated: September 11, 2006

United States Attorney
Kevin V. Ryan

By: _____
Richard C. Cheng
Assistant United States Attorney

Dated: September 8, 2006

By: _____
Mark Werksman
Attorney for Defendant
Alexander Dzuhga

Dated: September ___, 2006

By: _____
Geoffrey A. Braun
Attorney for Defendant
Vladimir Semenov

Dated: September ___, 2006

By: _____
Dmitry Gurovich
Attorney for Defendant
Leonid Dzuhga

Dated: September ___, 2006

By: _____
Elon Berk
Attorney for Defendant
Natalia Stadnik

Dated: September ___, 2006

By: _____
Kurt Robinson
Attorney for Defendant
Armond Tollett, II

Mark J. Werksman, Esq. - CSB No. 120767
LAW OFFICES OF MARK J. WERKSMAN
801 South Figueroa Street, 11th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 /Fax: (213) 624-1942

Attorneys for Defendant
Alexander Dzhuga

**E-filed 9/25/06**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. CR-05-00589-JF |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| ALEXANDER DZHUGA, et al. | |
| Defendant. | |

The status conference currently scheduled for September 27, 2006 shall be continued to October 4, 2006 at 9:00 a.m.

Dated: September 25, 2006

Honorable Jeremy Fogel
United States Judge

(PROOF OF SERVICE - 1013A(3), 2015.5 C.C.P.)

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 11th Floor, Los Angeles, California 90017.

On September 22, 2006, I served the foregoing documents described as: **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; [PROPOSED] ORDER** on interested parties in this mater by placing a true copy in a sealed envelope addressed as follows:

Richard C. Cheng
Assistant United States Attorney
150 Almaden Street
San Jose, CA 95113
Fax No. (408) 535-5066
*Attorney for United States of America*

Geoffrey A Braun, Esq.
181 Devine Street
San Jose, CA 95110
*Attorney for Vladimir A. Semenov*

Dmitry Y. Gurovich, Esq.
Gurovich & Associates
15250 Ventura Blvd., Ste. PH-1220
Sherman Oaks, CA 91403
*Attorney for Leonid Dzhuga*

Elon Berk, Esq.
Gurovich & Associates
15250 Ventura Blvd., Ste. PH-1220
Sherman Oaks, CA 91403
*Attorney for Natalia Stadnik*

Kurt Robinson, Esq.
1970 Broadway, Suite 1250
Oakland, CA 94612
*Attorney for Armond Tollett, II*

**(BY MAIL)** __X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service made pursuant to C.C.P. § 1013(a) should be presumed invalid if postal cancellation date of postage meter date is more than on day after date of deposit for mailing in affidavit.

**(BY PERSONAL SERVICE)** ____ I caused such document to be delivered by hand to the addressee(s).

**(BY FACSIMILE)** ____ By sending a copy of said document by facsimile machine for instantaneous transmittal via telephone to the offices of the addressees listed above using the following telephone numbers.

1  **(STATE)** ___ ___ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2  **(FEDERAL)** _X_ I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

Executed on this 22th day of September 2006, in Los Angeles, California.

_____
Ladonna Ellis