Mark J. Werksman, Esq. - CSB No.: 120767
Kelly C. Quinn, Esq. - CSB No.: 197697
LAW OFFICES OF MARK J. WERKSMAN
801 South Figueroa Street, 11th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 / Fax: (213) 624-1942

**E-filed 5/31/07**

Attorneys for Defendant
Alexander Dzhuga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER DZHUGA, et al. <br><br> Defendant. | CASE NO. CR-05-00589-JF <br><br> [~~PROPOSED~~] ORDER |

**GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS** Probation to release all documents to the parties which it relied on to determine Mr. Dzhuga's criminal history priors.

Dated: May 31, 2007

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE